IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEMEL L. HAMILTON,

　　　　Appellant,

　　　　　　　　　　　　　　　　　Case No.  5D21-2881
v.　　　　　　　　　　　　　　　　LT Case No. 35-2009-CF-003365-A

STATE OF FLORIDA,

　　　　Appellee.

_____/

Decision filed July 26, 2022

3.850 Appeal from the Circuit Court
for Lake County,
Heidi Davis, Judge.

Jemel L. Hamilton, Lake City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa Marie
Williams, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

　　　　AFFIRMED.

SASSO, TRAVER and NARDELLA, JJ., concur.